# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5185**

**September Term, 2024**

**1:25-cv-00804-BAH**

**Filed On:** July 2, 2025

United States Institute of Peace, et al.,

      Appellees

      v.

Kenneth Jackson, in his official capacity as
Assistant to the Administrator for
Management and Resources for USAID and
in his purported capacity as acting president
of the United States Institute of Peace, et al.,

      Appellants

**O R D E R**

Upon consideration of appellees' emergency petition for rehearing en banc, which requests en banc reconsideration of the court's June 27, 2025 order granting appellants' motion for stay pending appeal, it is

**ORDERED**, on the court's own motion, that appellants file a response to the petition by Friday, July 11, 2025. The response may not exceed 3,900 words. Absent an order of the court, a reply to the response will not be accepted for filing.

                           **FOR THE COURT:**
                           Clifton B. Cislak, Clerk

            BY:    /s/
                    Selena R. Gancasz
                    Deputy Clerk